2010-64149
FILED
April 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003454022

Ja Vonne M. Phillips, Esq. SBN 187474
Christelle N. Ramseyer, Esq. SBN 265571
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
BankUnited, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-64149 |
| | ) |
| Delbert Eugene Kenney, | ) DC No. CNR-1 |
| Luella Lila Tetz-Kenney, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| _____ | ) **ORDER ON MOTION FOR RELIEF** |
| BankUnited, its assignees and/or | ) **FROM AUTOMATIC STAY** |
| successors, | ) |
| | ) |
| Secured Creditor, | ) Date: 04/22/2011 |
| v. | ) Time: 1:30 PM |
| | ) Ctrm: Courtroom 11, Floor: Fifth |
| Delbert Eugene Kenney, Luella Lila | ) Place: 2500 Tulare Street |
| Tetz-Kenney, Debtors; and James | ) Fresno, CA |
| Edward Salven, Chapter 7 Trustee, | ) |
| | ) |
| | ) Judge: Whitney Rimel |
| Respondents. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

RECEIVED
April 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003454022

| | |
|---|---|
| 1 | The motion of BankUnited, its assignees and/or successors, for relief from the automatic |
| 2 | stay came on regularly for hearing by the Court on the date, time and place set forth above, before the |
| 3 | Honorable Whitney Rimel, Judge Presiding. All appearances are as noted in the court record. |
| 4 | |
| 5 | |
| 6 | Upon reading the papers and pleadings on file herein, and upon hearing oral argument and |
| 7 | based on the evidence presented, the Court rules as follows: |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of BankUnited, its assignees and/or successors, in the real property commonly known as 3929 Pinecrest Drive, Mariposa, CA 95338.

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED that BankUnited may contact the Debtor to comply with California Civil Code Section 2923.5.

Dated:

Apr 29, 2011

_United States Bankruptcy Judge_